IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY MAXWELL/RASULALLAH,                                                        PLAINTIFF
ADC #80266

VS.                      CASE NO. 5:05CV00240 JMM

LARRY NORRIS, et al.                                                             DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE