IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY MAXWELL/RASULALLAH                                            PLAINTIFF
ADC #80266

VS.                    CASE NO. 5:05CV00240 JMM

LARRY NORRIS, et al.                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this complaint be, and it is hereby, dismissed without prejudice.

SO ADJUDGED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE